| STATE OF INDIANA | ) | GIBSON COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF GIBSON | ) | CAUSE # |

| | |
|---|---|
| WHITLEDGE TREE SERVICE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY and | ) |
| STATE FARM FIRE & CASUALTY | ) |
| INSURANCE CO., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT

Comes now Plaintiff, Whitledge Tree Service, LLC, by counsel, brings its Complaint For Damages and Declaratory Judgment against Defendants and states as follows:

### Introduction

1.     This action is to compel payment of insurance benefit payments owed by State Farm Mutual Automobile Insurance Company and/or State Farm Fire & Casualty Insurance Co. (collectively, "State Farm") for emergency tree removal services completed by Whitledge Tree Service, LLC ("Whitledge").

2.     Whitledge is an emergency tree removal service company that provided emergency tree removal services to homeowners insured by State Farm.

3.     The gravamen of this action is based on State Farms' refusal to make payment and/or refusal to make payment in full for the services Whitledge has provided to State Farm's insureds.

4.      Whitledge has taken assignment of the insureds' claims to compel payment directly from State Farm, rather than causing each homeowner to litigate a claim against State Farm for duly owed homeowners' insurance benefits.

5.      Whitledge has filed this action seeking payment of its invoices for two State Farm insureds in addition to interest, costs, attorney fees, and any other relief this Court deems appropriate.

## Parties

6.      Whitledge is an Indiana limited liability company that has its principal place of business in Princeton, Indiana.

7.      Defendant State Farm Mutual Automobile Insurance Company is organized under the laws of the State of Illinois and has a principal place of business at One State Farm Plaza, Bloomington, Illinois 61710.

8.      Defendant State Farm Fire & Casualty Insurance Co. is also organized under the laws of the State of Illinois and has a principal place of business at One State Farm Plaza, Bloomington, Illinois 61710.

9.      Defendant State Farm Fire & Casualty Insurance Co. is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company.

## General Allegations

10.     Whitledge is a tree removal company that provides emergency tree removal services in Indiana.

11.     The emergency tree removal services Whitledge provides requires Whitledge to quickly mobilize its employees to respond to emergency calls and safely remove hazardous tree(s) and debris from a homeowner's property. Whitledge's emergency work includes using specialized

equipment to remove fallen trees from structures that have been impacted by a fallen tree. The emergency work is often the result of high winds or other inclement weather conditions that cause trees or portions of trees to collapse and damage homes or other structures. These fallen trees must be removed on an emergency basis to mitigate further property damage and the risk of personal injury. Whitledge is specially equipped, and its employees are specially trained to respond to these emergency situations.

12.     As described in the chart below, State Farm's insureds requested and contracted with Whitledge to perform emergency tree removal services at their homes on the dates below (the "State Farm Insureds"):

| Date of Loss | Claimant | Claim Number | Billed Amount | Paid Amount | Balance |
|---|---|---|---|---|---|
| 5/8/24 | Troy Bolton | 14-67G3-79B | $56,609.77 | $27,249.60 | $29,360.17 |
| 7/12/23 | Rob Loveless | 14-53C1-76G | $23,650.00 | $0.00 | $23,650.00 |
| | | **Totals:** | **$80,259.77** | **$27,249.60** | **$53,010.17** |

13.     On or about the dates described in the chart above, Whitledge performed necessary emergency tree removal and debris removal services as requested by the State Farm Insureds (the "Emergency Services").

14.     For each of the State Farm Insureds, Whitledge performed Emergency Services that required removal of a tree or trees that were upon a home, or otherwise imperiling a home, its occupants and others, after inclement weather or some other event.

15.     Following the completion of the Emergency Services, Whitledge worked with the State Farm Insureds to bill State Farm to obtain payment for the Emergency Services. (**Exhibit A**).

16.     As described in the chart above, State Farm has delayed payment, denied payment, or only partially paid Whitledge's bills for the Emergency Services.

17.     State Farm has not denied coverage for the Emergency Services because the State Farm policies with each of the State Farm Insureds require State Farm to cover the cost of the Emergency Services Whitledge performed.

18.     Specifically, the State Farm policies, upon information and belief, state in pertinent part:

> COVERAGE A - DWELLING
> We cover:
> 1. The dwelling and materials and supplies located on or adjacent to the residence premises for use in construction, alteration, or repair of the dwelling or other structures on the residence premises.
>
> ***
>
> 2. OTHER STRUCTURES. We cover other structures on the residence premises, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line, or similar connection are considered to be other structures.

19.     The State Farm policies also provide "Additional Coverages" for costs incurred to prevent further damage to the property, which, upon information and belief, state as follows:

> TEMPORARY REPAIRS.
> If damage is caused by a loss insured, we will pay the reasonable and necessary cost you incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

20.     The State Farm policies also provide, upon information and belief, coverage for debris removal that is offered in addition to policy limits provided in the State Farm Insured's policies.

21.     At all relevant times, Whitledge and the State Farm Insureds have cooperated with State Farm throughout the claims process.

22.     The State Farm Insureds desire Whitledge to obtain payment from State Farm.

23.     The State Farm Insureds assigned Whitledge, among other things, the right to obtain payment from State Farm and the right to file this action against State Farm to compel payment for the Emergency Services. True and accurate copies of the assignments are attached. (**Exhibit B,** Contracts).

24.     Whitledge has made demand on State Farm for payment due for the Emergency Services provided to each of State Farm Insureds, which now totals a principal amount of at least **$53,010.17**.

25.     State Farm's refusal to make payment to Whitledge is unreasonable and done in bad faith because State Farm and other carriers routinely pay Whitledge and other similarly situated emergency tree service providers the same or similar amounts for the same or similar work. (**Exhibit C**, Previous Paid in Full Invoices)

26.     State Farm's refusal to make payment to Whitledge in the amounts invoiced is unreasonable and done in bad faith because it has:

  a.  Failed to fully investigate the claims before refusing to pay Whitledge the amounts due;

  b.  Failed to settle the claims in a reasonable and appropriate amount of time;

  c.  Failed to communicate with Whitledge regarding the claims despite having an assignment of benefits;

5

    d.   Failed to pay Whitledge directly for the amounts it determined were payable in contravention to the direction from the State Farm Insureds direction to pay Whitledge;

    e.   Failed to represent the value of claim accurately;

    f.   Failed to represent the amount of applicable coverage available to pay the claims accurately;

    g.   Told some or all of the State Farm Insureds to not utilize Whitledge for emergency tree removal asserting they will not pay the charged amounts;

    h.   Ignored comparable prices and estimates from other emergency tree removal services  provided by the State Farm Insureds;

    i.   Lied about obtaining comparable pricing and/or estimates from like providers;

    j.   Lied to the State Farm Insureds about the rights they have under the policy;

    k.   Lied to the State Farm Insureds about the coverages available under the policy to pay Whitledge Tree Service; and

    l.   Unduly delayed payment to Whitledge.

27.    State Farm has refused to respond to Whitledge.

28.    Whitledge has notified State Farm that it intended to file suit for the payment due for the Emergency Services and to resolve other lingering issues if State Farm did not respond to its demand.

29.    State Farm has failed to respond or make payment to Whitledge and has necessitated the filing of this Litigation.

30.    Joinder of these claims into one action is appropriate under Indiana Trial Rule 18. Joinder of Claims.

## COUNT I – BREACH OF CONTRACT

31.     Whitledge incorporates the preceding paragraphs as if they are fully restated herein.

32.     Each of the State Farm Insureds have a homeowner's policy of insurance with State Farm for which the applicable premiums have been paid (the "Policies").

33.     The Policies are enforceable contracts and State Farm is in possession of the Policies.

34.     The Policies require State Farm to indemnify each of the State Farm Insureds for the Emergency Services Whitledge supplied.

35.     Whitledge's Emergency Services for each of the State Farm Insureds were necessary.

36.     Whitledge's pricing for Emergency Services is reasonable.

37.     The Polices do not exclude the services Whitledge supplied to each of the State Farm Insureds.

38.     The State Farm Insureds and Whitledge performed all conditions to require State Farm to perform and make payment under the Policies, including but not limited to, paying premiums, timely providing notice of the claim, mitigating damages, completing Emergency Services, appropriately billing State Farm, complying with requests for information if requested, and making timely demand for payment.

39.     Under the terms of the Policies, State Farm is required to compensate the State Farm Insureds for reasonable costs of necessary repairs, and ultimately Whitledge, for all of the Emergency Services performed.

40.     The State Farm Insureds have assigned Whitledge the right to file this action and obtain payment from State Farm directly. (**Ex. B**).

41.     Despite Whitledge's timely billings, timely claims, and timely demands for payment, State Farm has unreasonably refused to pay Whitledge's claims.

42.     State Farm breached the Policies by refusing to pay for the covered Emergency Services.

43.     State Farm has denied and delayed full payment to Whitledge for the Emergency Services in bad faith and in violation of the implied covenant of good faith and fair dealing.

44.     State Farm has forced this litigation by refusing to make payment of covered claims in an attempt to pass off State Farm's liability to the State Farm Insureds.

45.     Whitledge has suffered damages in at least the principal amount of $53,010.17. In addition to the balance owed, interest continues to accrue at 5% per month under the agreements between Whitledge and the State Farm' Insureds.

**Wherefore**, Whitledge respectfully requests that this Court enter judgment against State Farm in favor of Whitledge, in at least the principal amount of $53,010.17 plus, interest accruing by contract, punitive damages for breaching the contract, prejudgment and post judgment interest, costs, attorney fees, and any other relief that this Court deems just and appropriate.

## COUNT II – TORTIOUS BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

46.     Whitledge incorporates the preceding paragraphs as if they are fully restated herein.

47.     State Farm has the obligation to handle Whitledge's claims pursuant to the covenant of good faith and fair dealing.

48.     State Farm's delay, denial, and refusal to pay Whitledge for the Emergency Services violated the covenant of good faith and fair dealing because it has:

a.  Failed to fully investigate the claims before refusing to pay Whitledge the amounts due;

b.  Failed to settle the claims in a reasonable and appropriate amount of time;

c.  Failed to communicate with Whitledge regarding the claims despite having an assignment of benefits;

d.  Failed to pay Whitledge directly for the amounts it determined were payable in contravention to the direction from the State Farm Insureds direction to pay Whitledge;

e.  Failed to represent the value of claim accurately;

f.  Failed to represent the amount of applicable coverage available to pay the claims accurately;

g.  Told some or all of the State Farm Insureds to not utilize Whitledge for emergency tree removal asserting they will not pay the charged amounts;

h.  Ignored comparable prices and estimates from other emergency tree removal services  provided by the State Farm Insureds;

i.  Lied about obtaining comparable pricing and/or estimates from like providers;

j.  Lied to the State Farm Insureds about the rights they have under the policy;

k.  Lied to the State Farm Insureds about the coverages available under the policy to pay Whitledge Tree Service; and

l.  Unduly delayed payment to Whitledge.

49.    State Farm had and continues to have no rational or principled basis for denying payment to Whitledge for the Emergency Services provided to the State Farm Insureds.

50.     State Farm's denials and refusals to pay, communicate, and otherwise resolve the claims with Whitledge were intentional and done with "malice, fraud, gross negligence, or oppressiveness which was not the result of a mistake of fact or law, honest error or judgment, overzealousness, mere negligence, or other human failing."

51.     Whitledge is entitled to punitive damages as a result of State Farm's improper and unreasonable conduct.

**Wherefore**, Whitledge respectfully requests that this Court enter judgment against State Farm in favor of Whitledge, in at least the principal amount of $53,010.17 plus, interest accruing by contract, punitive damages for breaching the covenant of good faith and fair dealing, prejudgment and post judgment interest, costs, attorney fees, and any other relief that this Court deems just and appropriate.

## COUNT III – DECLARATORY JUDGMENT

52.     Whitledge incorporates the preceding paragraphs as if they are fully restated herein.

53.     Whitledge was assigned the State Farm Insureds' rights under the applicable State Farm policies.

54.     The State Farm Insureds also directed State Farm to pay and communicate directly with Whitledge.

55.     State Farm refuses to communicate with Whitledge and refuses to direct payment to Whitledge instead of the State Farm Insured.

56.     State Farm's conduct is in violation of the contractual rights Whitledge has under the Assignments.

57.     Whitledge, like many other contractors, continues to receive assignments and direct rights to payment from homeowners.

58.     State Farm continues to recognize the assignments and direction to pay provisions as valid obligations they must comply with.

59.     There is an apparent controversy regarding the parties' legal rights under the assignments and direct pay provisions of Whitledge's Assignments.

60.     This Court should declare that Whitledge's Assignments are valid and that State Farm must recognize Whitledge as a claimant under the applicable State Farm insurance policies.

61.     This Court should also declare that any payment for services provided under one of Whitledge's Assignment's must also be paid directly to Whitledge pursuant to the direction to pay provision.

**Wherefore**, Whitledge respectfully requests that this Court declare: (1) Whitledge's assignment provision is valid, enforceable, and requires State Farm to communicate with Whitledge directly to resolve any claim arising from the assignment, and (2) that State Farm is required to pay Whitledge directly, pursuant to the direction to pay contained in the Whitledge contract and as an assignee of the State Farm insured, for any claim arising out of the Assignment.

Respectfully submitted,

*/s/* Spencer W. Tanner
Spencer W. Tanner, #32436-49
GUTWEIN LAW
20 NW Third Street, Ste. 830
Evansville, IN 47708
Telephone:812.901.1742
Facsimile:765.423.7901
spencer.tanner@gutweinlaw.com

*/s/ Chad Antuma*
Chad L. Antuma MI Atty No. P83758
Pro Hac Vice Forthcoming
Grand Rapids, MI 49503

616.458.3600
cantuma@hilgerhammond.com

*Attorneys for Plaintiff*

# EXHIBIT A



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Rob  Loveless**

12701 E 1025 S
Oakland City, IN 47660

| Invoice #626 | |
|---|---|
| Issued | Jul 12, 2023 |
| Due | Jul 12, 2023 |
| **Total** | **$23,650.00** |
| Account Balance | $23,650.00 |

## 14BTX5638

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal.  Price includes a licensed operator.  crane is billed on 8hr minimum.  Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $8,000.00 | $8,000.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open.  It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss.  Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 6 | $1,800.00 | $10,800.00 |
| Administration fee | Fee for clerical entries, invoicing,  documentation, and collections | 1 | $350.00 | $350.00* |
| Haul Debris Emergency rate | Haul debris from site.  Standard charge is 10% of the total labor and equipment. | 1 | $2,150.00 | $2,150.00 |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien.  Please accept this as my intent to file a lien.  Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com



| Total | $23,650.00 |
|---|---|
| Account balance | $23,650.00 |

**Pay Now**

\* Non-taxable

Mr. Loveless reached out about a large section of tree that had failed due to peril of wind.  It was impacting the rear slope of the dwelling, as well as the attached deck.  Mr. Loveless indicated that he was hearing impaired, prompting us to take an interpreter with us to inspect the job site and sign contracts.  We did not invoice for the interpreter.
Upon arrival, we were informed the septic system for the dwelling was quite shallow and in front of the dwelling.  This made any access impossible and required us to gain permission from the neighbors.  We were able to set crane on their side and perform the mitigation process.  Before mitigation work could be performed, we removed a large hanger over the worksite, as required by OSHA.  Once the material was removed, it was determined that none of the damage pierced the slope and a tarp was not needed.

Thank you for your business. Please contact us with any questions regarding this invoice.

Page 2 of 2





# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Troy Bolton**
106 East Williams Street
Fort Branch, Indiana 47648

## Invoice #991

| | |
|---|---|
| Issued | May 14, 2024 |
| Due | May 14, 2024 |
| **Total** | **$56,609.77** |
| Account Balance | $29,360.17 |

**1467G379B**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 9.25 | $900.00 | $8,325.00 |
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 15.75 | $812.50032 | $12,796.88 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 15.75 | $293.74984 | $4,626.56 |
| Stump Grinder Emergency Rate | High horse power machine used to cut attached roots and allow tree to be lifted from the ground | 8 | $406.25 | $3,250.00 |
| Aerial Lift/ Bucket Truck Emergency Rate | Lift used to safely lift personnel into the air to allow material to removed from the covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 9.25 | $312.50054 | $2,890.63 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 63 | $225.00 | $14,175.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. capped at $7,500 | 1 | $7,500.00 | $7,500.00 |

PAST DUE



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |
| Late fee | 5% monthly on uncollected balances June 14th | 1 | $2,695.70 | $2,695.70* |



2

* Non-taxable

14G67G379B

Mr. Bolton contacted Whitledge Tree Service at approximately 8:50AM Monday May 13th, about an extremely large Maple tree that had failed due to the peril of wind and was impacting his dwelling. We dispatched a member of our outside sales to the residence to assess the tree and what equipment was needed. At 11:15AM our crew left the job they were at, to start removing the Maple from the dwelling.

Once on site the crew utilized our 135 ton crane and 60 ton crane to start dismantling the tree from the dwelling. The crew was able to track a large majority of the materials weight, as the crane is equipped with a scale. They reported that an excess of over 85,000 pounds of tree was removed, not counting the root ball that was grinded to allow for replacement of the fence.

The crew returned to port at 8:30PM on Monday evening. total hours were 9.25 for the first day and even thou our contract allows for 1.5x after 5pm, we chose not to add the premium.

Day 2 of removal ended at 6.5hrs. Even though our contract stipulates that each

| Total | $56,609.77 |
|---|---|
| Paid | – $27,249.60 |
| **Invoice balance** | **$29,360.17** |
| Account balance | **$29,360.17** |

**Pay Now**

# EXHIBIT B

Customer Name _Troy Bolton_

Address _106 E Williams st. Fort branch IN._

Phone, Email _812-204-2571_

Date of Loss _5/3/24_

Insurance carrier _State farm_

Claim Number _14-4763-79B_

Adjuster name, PH, Email _Josh Faulkner_   _309-735-3717_
_statefarm fire claims @ statefarm.com_

1.  The customer is waiving their 3 day right to cancel. The work is to be performed immediately. The customer is stating they are not under duress and realizes they can seek estimates from other companies.

2.  **Assignment of Benefits:** The customer is granting an assignment of benefits for the tree removal portion only, to Whitledge Tree Service, LLC. If the customer's policy has an anti-assignment clause, the customer is giving permission to Whitledge Tree Service LLC. Permission to speak directly with the carrier and obtain a copy of the policy, as well as the detailed payment summary.

3.  **Direction To Pay:** The customer grants Whitledge Tree Service, LLC the right to collect directly from the insurance carrier. Furthermore, the customer asks that the payment for tree portion of the claim, be mailed directly to Whitledge Tree Service, LLC. If the carrier has a policy that does not permit a Direction to Pay, the customer is asking the carrier to add Whitledge Tree Service LLC. As a Payee on the check. Additionally, the customer is asking for payment of the tree portion to be separated from any other payments made for other damages to the property. Customer will endorse check and submit it to Whitledge Tree Service LLC. For deposit.

4.  The customer acknowledges that all work performed will be following OSHA and ANSI standards. The determination of what is the safest and best plan of action will be determined by Whitledge Tree Service, LLC. All actions will be based on local and federal laws.

5.  Below is our rate schedule for immediate service work. We define immediate work as work that is not scheduled at least 10 days in advance. All rates are based on an 8-hour minimum, which is standard in the industry.   All rates will be the actual hours on site, plus 1 hour travel each way, commonly called port to port travel, but not less than 8hrs. This time allows for equipment set up, tear down, trip inspections, and travel time.  If the total time with travel exceeds 8 hours, the additional time will be rounded to the nearest whole hour. Additional hours will be charged by multiplying the number of additional hours at 15% of the 8hr minimum, then adding them to the 8hr minimum.
    Below is a list of our most common equipment and fees, but is not limited to this list. Your initials next to the equipment or personnel indicate we are expecting to use this line item but

isn't limited to those items. Labor persons will vary depending on equipment used. The Estimated total cannot be calculated in advance, due to the nature of the job and inability to clearly see all the work that may be involved and special tools that may be needed.

All immediate service work will begin in a prioritized manor based on safety of our crew and contracts that may be ahead of you. We are clearing our already scheduled jobs to accommodate your immediate needs. Likewise, we do not warrant service based on signing of the contract vs future weather events or further settling of the material. Conditions of the environment are beyond our control and simply can't be guaranteed.

1. _____ 135-ton knuckle boom crane                          $7,200
   Crane is used to reach long distances and remove material that would not be safe for workers to enter. Price includes operator.

2. _____ SG280 Tree Mec. Largest capacity grapple saw that operates off the 135-ton crane. The mechanical saw often reduces or eliminates the need of a man lift and the need to introduce a human into the dangerous felling zone of the unstable tree material. It allows us to remain compliant with osha 29 cfr.1910.266(h)(1)(vi). By reducing the need for a man lift, it often reduces the overall cost to the customer.
                                                              $800

3. ✓ 60-ton telescopic truck crane.                         $6,500
   High-capacity crane used for lifting large sections of tree material. The National NBT60X. is the most capable combination in the 60-ton class. With its 16,000-pound counterweight option and 200ft of boom, it allows for opportunities that would previously not been available for a crane that didn't require dot permits for travel. This means faster service and a much-reduced cost to the consumer, by eliminating an entire service truck and a permit. Price includes operator.

4. ✓ Skid steer                                             $2,350
   Used to move material to allow safe work area of crew. Also allows removal of material from crane land ng zone.

5. ✓ Stump grinder                                          $3,250
   Machines are key in removing roots that are still attached to root balls. Roots must be cut to allow grapple crane to lift stump.

6. ✓ Aerial lift/ Bucket truck                              $2,500
   Lift is used to hoist personnel whenever possible. It is much safer than traditional climbing methods.

7. ✓ Labor, per person  5                                   $1,800
   Includes spotters, riggers. sawyers, lift operators, skid steer operators, stump grinder operator

8. ✓ Debris Hauling                                         25% Of all equipment and labor.
   Covers material removed from the curb to an approved disposal location.
   Debris hauling capped at $7,500.

**Terms and conditions**. The property and tree are to be delivered in a stable and safe working environment. Whitledge Tree Service LLC. Will not be responsible for any unmarked or marked

subterranean utilities or structures. Any damages related to the failure of a subterranean structure will be considered part of the excluded liability of the subterranean structure. Furthermore, we will use reasonable care to protect driveways and sidewalks by using appropriate ground protection mats for ingress and egress. Any failure while using mats is not the responsibility of Whitledge Tree Service LLC, but a condition of the environment related to the work.

The customer expressly agrees to help Whitledge Tree Service LLC get paid by the carrier. All legal fees arising from nonpayment or checks withheld will be the responsibility of the homeowner. Any proceedings involving collection will be held in the Gibson County Indiana court system.

Any balances not collected after 30 days will be assessed a 5% late fee, per month, compounding.

If any portion of this contract is deemed invalid, the remainder of the contract will remain enforceable.

Payments made payable to:

Whitledge Tree Service LLC.

PO Box 1182

Princeton, IN 47670

Correspondence:

Whitledgestumpremoval@gmail.com

(812) 779-7165

Customer Signature _____

Whitledge Tree Service Signature _____ Ryon Sims

Today's Date 5/13/2024

Customer Name ___Rob Loveless___

Address ___12701 E 1025 S___

Phone ___722-227-1467 (text only)___

Email ___quiet.bear7@gmail.com___

Date of Loss ___7.12.23___

Insurance carrier ___State Farm___

Policy Number ___14-BT-X563-8___

Claim Number ___14-53C1-76G___

Adjuster name _____

Adjuster Phone _____

Adjuster Email _____

1. The customer is waiving their 3 day right to cancel. The work is to be performed immediately.

   X_____

2. The customer is assigning the value of benefits for the tree removal portion only, to Whitledge Tree Service, LLC

   X_____

3. The customer grants Whitledge Tree service, LLC the right to bill their insurance carrier directly.

   X_____

4. The customer grants Whitledge Tree Service, LLC the right to collect directly from the insurance carrier. Furthermore, the customer ask that the payment for tree portion of the claim, be mailed directly to Whitledge Tree Service, LLC.

   X_____

5. The customer acknowledges that all work performed will be in compliance with OSHA and ANSI standards. The determination of what is the safest and best plan of action will be determined by Whitledge Tree Service, LLC. All actions will be based on local and federal laws.

   X_____

6. In the event that there is a discrepancy in the value of service, the customer will assist Whitledge Tree Service, LLC in seeking appraisal for value of services received.

   X_____

7. Below is our rate schedule for emergency work. We define emergency work as, work that is not scheduled at least 3 weeks in advance. All rates are based on an 8 hour minimum, which is standard in the industry. Normal hours are 9am to 5pm. Any work, including port to port



outside of those hours are charged at 1.5 times the standard hourly rate. All rates will be the actual hours on site, plus 1 hour travel each way, commonly called port to port travel. This time allows for equipment set up, tear down, trip inspections, and travel time. Below is a list of our most common equipment and fees, but is not limited to this list. A check mark next to the equipment or personnel indicates we are expecting to use this line item, but isn't limited to those items. Labor persons will vary depending on equipment used.

1. ☑ 135 ton knuckle boom crane with grapple. $8,000
   Crane is used to reach long distances and remove material that would not be safe for workers to enter. Price includes operator

2. ☒ 50 ton telescopic truck crane.                    $6,500
   High capacity crane used for lifting large sections of tree material. Price includes operator.

3. ☑ Skid steer                    $2,350
   Used to move material to allow safe work area of crew. Also allows removal of material from crane landing zone.

4. ☒ Stump grinder                    $3,250
   Machine is key in removing roots that are still attached to root balls. Roots must be cut to allow grapple crane to lift stump.

5. ☑ Aeriel lift/ Bucket truck                    $2,500
   Lift is used to hoist personnel whenever possible. It is much safer than traditional climbing methods.

6. ☒ Labor, per person                    $1,800
   Includes spotters, riggers, sawyers, lift operators, skid steer operators, stump grinder operator.

7. ☑ Debris Hauling                    10% Of all equipment and labor
   Covers material removed from the curb to an approved disposal location.
   X

Terms and conditions. The property and tree are to be delivered in a stable and safe working environment. Whitledge Tree Service LLC. Will not be responsible for any unmarked or marked subterranean utilities or structures. Furthermore, we will use reasonable care to protect driveways and sidewalks by using appropriate ground protection mats for ingress and egress. Any failure while using mats are not the responsibility of Whitledge Tree Service LLC, but a condition of the environment related to the work.

Customer expressly agrees to help Whitledge Tree Service LLC get paid by the carrier. Any legal fees arising from nonpayment or checks held will be the responsibility of the homeowner. Any proceedings involving collection will be held in the Gibson County Indiana court system.

Any balances not collected after 30 days will be assessed a 5% late fee, per month.

Customer Signature _____
Today's Date ___7-28-23___

Case 3:25-cv-00031-RLY-CSW   26D01-2501-CT-000076   02/13/25   Page 24 of 53 PageID

Filed: 1/13/2025 8:56 AM
Clerk
Gibson County, Indiana

#: 30

Gibson Superior Court

# EXHIBIT C



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Martha Krohn**

520 West Emerson Street
Princeton, Indiana 47670

## Invoice #1021

| | |
|---|---|
| Issued | May 30, 2024 |
| Due | May 30, 2024 |
| Paid | Jul 23, 2024 |
| **Total** | **$20,412.50** |
| Account Balance | $0.00 |

### 982000033248

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,012.50 | $4,012.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| | |
|---|---|
| **Total** | **$20,412.50** |
| Paid | – $20,412.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

\* Non-taxable

982000033248
Mr. Krohn called about a large portion of her Maple tree that had failed and impacted her home, shed, and security fence. Due to the lack of access, we had to set our crane on a neighbor's drive to reach the material. Our preliminary inspection revealed that 85% of the limb had failed and the remaining portion could fall at any time. Per OSHA 29 CFR 1910, all determinable risks have to be removed in a ratio 2/1 before the covered loss can be performed. Once the risk was gone, we removed all additional materials from the covered structures, to allow inspection and indemnification.

Thank you for your business. Please contact us with any questions regarding this invoice.

PAID



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Larry Carpenter**

503 South Gibson Street
Princeton, Indiana 47670

## Invoice #1019

| | |
|---|---|
| Issued | May 30, 2024 |
| Due | May 30, 2024 |
| Paid | Jun 17, 2024 |
| **Total** | **$20,412.50** |
| Account Balance | $0.00 |

**1248919**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,012.50 | $4,012.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

\* Non-taxable

1248919
Mr. Carpenter called about a large maple that had completely uprooted and landed on the dwelling, due to the peril of wind. Upon arrival and inspection, the roof was completely open and a very large tree was still across the dwelling. It is notable that the tree was suspended across a public sidewalk in a residential neighborhood. Due to the extreme position of the tree, a large crane was needed to lift an excess of 25,000 pounds of material from the structure.

Thank you for your business. Please contact us with any questions regarding this invoice.

| Total | $20,412.50 |
|---|---|
| Paid | – $20,412.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

PAID



# Whitledge Tree Service LLC

P.O.Box 1182  |  Princeton, Indiana 47670
812-779-7165  |  whitledgestumpremoval@gmail.com  |  www.whitledgetreeservice.com

**RECIPIENT:**

**Justin Smith**

6001 #6 School Road
Evansville, Indiana 47720

| Invoice #935 | |
|---|---|
| Issued | Apr 02, 2024 |
| Due | Apr 02, 2024 |
| Paid | May 24, 2024 |
| **Total** | **$22,537.50** |
| Account Balance | $0.00 |

**597594**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| **Apr 04, 2024** | | | | |
| 135 Ton crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $8,000.00 | $8,000.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Ground Protection Mats | Mats are used to protect subterranean items as well as driveways. The cranes are extremely heavy and it requires reasonable care to prevent further loss, as well as potential damage to our equipment | 10 | $20.00 | $200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,437.50 | $4,437.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

\* Non-taxable

597594
Mr. Smith contacted us a bout a large Pine that had failed due to the peril of wind. Pieces of the tree had breached through the roof, allowing water to penetrate the dwelling. There was also a 2nd tree, Mulberry, laying on the rear elevation. We immediately dispatched our crew to remove the tree material and mitigate further loss.
At initial inspection we believed the traditional stick crane would be best suited, but once on scene, we used the mechanized saw truck to clamp material and eliminate the need for an ariel lift. We also had to utilize a skid steer to forward material away from the dwelling per osha 29 cfr 1910 to keep work area free of tripping and ground hazards. Additionally the pine was against the rear elevation of the dwelling and needed the skid steer to gain safe access.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| **Total** | **$22,537.50** |
| Paid | – $22,537.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

PAID



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Josh Gunn**

303 South Main Street
Fort Branch, Indiana 47648

| Invoice #1018 | |
|---|---|
| Issued | May 30, 2024 |
| Due | May 30, 2024 |
| Paid | Aug 26, 2024 |
| **Total** | **$21,937.50** |
| Account Balance | $0.00 |

### in240100500

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $7,200.00 | $7,200.00 |
| SG280 Mechanized Grapple saw | Saw attachment sometimes used in conjunction with the knuckle boom crane. The attachment is utilized to reduce the need for a sawyer in the unstable work environment and mitigate risk to personnel. The saw also reduces the need for a man lift. The combination of the 2, often makes for a reduced cost to the customer by process of elimination, while resulting in a better finished product. | 1 | $800.00 | $800.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,387.50 | $4,387.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien.  Please accept this as my intent to file a lien.  Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



\* Non-taxable

250121000577
Mr. Gunn called about a large white pine that had failed due to the peril of wind and was impacting the front slope of his attached carport and blocking ingress/egress to his dwelling.  Once on site, we observed a large amount of damage, as well as overhead hazards int the form of high voltage lines.  Due to the placement of the electrical hazards, we were unable to use our traditional 60 ton crane and had to use our 135 ton crane that was currently in the shop for scheduled maintenance.  We called the repair facility and ask to suspend Maintenace procedures to allow us access to the correct truck to complete the job. Once the truck arrived, we were able to carefully lift the tree from the structure and mitigate further loss and allow for inspection to occur.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $22,287.50 |
| Discount | − $350.00 |
| **Total** | **$21,937.50** |
| Paid | − $21,937.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

Page 2 of 2



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Darryl Lee**
8566 Indiana 68
Elberfeld, Indiana 47613

| Invoice #371 | |
|---|---|
| Issued | Mar 09, 2023 |
| Due | Mar 09, 2023 |
| Paid | Mar 23, 2023 |
| **Total** | **$19,492.00** |
| Account Balance | $0.00 |

### 2600028760

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $8,000.00 | $8,000.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Light Plant | Light plant used to allow safe work in the dark | 2 | $85.00 | $170.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 10% of the total labor and equipment. | 1 | $1,772.00 | $1,772.00 |

2600028760
Emergency removal of 3 pine trees. 1 was on pole barn, the other 2 were barriers to entry for the pole barn. 1 of which was completely blocking the drive.

Thank you for your business. Please contact us with any questions regarding this invoice.

| Total | $19,492.00 |
|---|---|
| Paid | – $19,492.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |



# Whitledge Tree Service LLC
P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Constance Hermann**

10421 Wilmington Drive
Evansville, Indiana 47725

| Invoice #931 | |
|---|---|
| Issued | Apr 02, 2024 |
| Due | Apr 02, 2024 |
| Paid | Apr 20, 2024 |
| **Total** | **$20,525.00** |
| Account Balance | $0.00 |

**57864-6p**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,125.00 | $4,125.00 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| | |
|---|---|
| **Total** | **$20,525.00** |
| Paid | – $20,525.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

\* Non-taxable

5786476p
Mr. Hermann called about a large pine that had hailed due to the peril of wind and was impacting the front slop of his dwelling, as well as the retaining wall and the security fence around the pool.
Due to the large hill and great distance to the tree, we had to utilize our jib and 200ft of boom, just to access the material.  the radius of over 150ft limited us to only 2,000 pounds maximum pieces.  Any crane smaller would not have been able to service this job.
Once the tree material was removed, we had a contractor on stand by to immediately dry in the roof and mitigate further loss.

Thank you for your business. Please contact us with any questions regarding this invoice.



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Aperion Care Lincoln**

1236 Lincoln Avenue
Evansville, Indiana 47714

| Invoice #932 | |
|---|---|
| Issued | Apr 02, 2024 |
| Due | Apr 02, 2024 |
| Paid | May 20, 2024 |
| **Total** | **$31,287.50** |
| Account Balance | $0.00 |

## FNK9761

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $7,200.00 | $7,200.00 |
| SG280 Tree MEC | Largest capacity grapple saw that operates off of the 135-ton crane. The mechanical saw often reduces or eliminates the need of a man lift and the need to introduce a human into the dangerous felling zone of the unstable tree material. it allows us to remain compliant with osha 29 cfr1910.266(h)(1)(vi). By reducing the need for a man lift, it often reduces the overall cost to the customer. | 1 | $800.00 | $800.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Aerial Lift/ Bucket Truck Emergency Rate | Lift used to safely lift personnel into the air to allow material to removed from the covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $2,500.00 | $2,500.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 3 | $1,800.00 | $5,400.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $6,187.50 | $6,187.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay.<br>Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |

* Non-taxable

FNK9761
Customer called about extremely large oak tree that had failed due to the peril of wind and was impacting the brick fence, water chiller, and multi dwelling facility. Due to the extreme nature of the position of the tree, it was determined that we needed a 60 ton to stabilize the trunk material, while the canopy was removed from the dwelling. Had it not been stabilized , it most certainly failed and impacted the elevation, as well as crushing the fence and chiller.
The electricity had been restored over the tree and an emergency disconnect had to be called in to gain access to the tree. Osha minimums for approach would have been impossible without the power disconnect.
The tree was safely removed, mitigating further loss and allowing indemnification to start.

| | |
|---|---|
| **Total** | **$31,287.50** |
| Paid | – $31,287.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

Page 2 of 3



# Whitledge Tree Service LLC

P.O.Box 1182  |  Princeton, Indiana 47670
812-779-7165  |  whitledgestumpremoval@gmail.com  |  www.whitledgetreeservice.com

**Notes Continued...**

Thank you for your business. Please contact us with any questions regarding this  invoice.





# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Michelle Stunkel**

905 Chickasaw Drive
Fort Branch, Indiana 47648

## Invoice #1022

| | |
|---|---|
| Issued | May 30, 2024 |
| Due | May 30, 2024 |
| Paid | Jul 10, 2024 |
| **Total** | **$16,550.00** |
| Account Balance | $0.00 |

**70076315411**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $4,012.50 | $4,012.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182  |  Princeton, Indiana 47670
812-779-7165  |  whitledgestumpremoval@gmail.com  |  www.whitledgetreeservice.com

\* Non-taxable

70076315411

Mrs. Stunkel  Called about a Maple tree that had failed due to the peril of wind. The tree had impacted the dwelling and was resting on the homes Airconditioning compressor.  Upon arrival, it was determined that the tree had 75% failed and the standing portion was an imminent threat to the work area.  Per Osha 29 cfr 1910, tree care cannot take place in a 2/1 fall zone, and we would have to be directly under the standing portion.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $20,412.50 |
| Discount | − $3,862.50 |
| **Total** | **$16,550.00** |
| Paid | − $16,550.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |





# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Melody Hirsch**

1513 South Norman Avenue
Evansville, Indiana 47714

| Invoice #1067 | |
|---|---|
| Issued | Jun 26, 2024 |
| Due | Jun 26, 2024 |
| Paid | Aug 14, 2024 |
| **Total** | **$14,537.00** |
| Account Balance | $0.00 |

**0759279516**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open.  It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge | 5 | $1,800.00 | $9,000.00 |
| Haul Debris Emergency rate | Haul debris from site.  Standard charge is 25% of the total labor and equipment. | 1 | $2,837.00 | $2,837.00 |
| Administration fee | Fee for clerical entries, invoicing,  documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien.  Please accept this as my intent to file a lien.  Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |

\* Non-taxable

0759279516
Customer called about a tree that had failed due to the peril of wind and impacted her security fence, as well as her shed.
Due to the limited access we utilized a skid steer to forward material to the curb.  A climber was utilized to remove hangers from the tree that were touching the shed and to allow the work site to comply with osha 28 cfr 1910.
After service was complete, the pictures notate damage to the shed roof and fence.

Thank you for your business. Please contact us with any questions regarding this invoice.

| Total | $14,537.00 |
|---|---|
| Paid | – $14,537.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |



# Whitledge Tree Service LLC

P.O.Box 1182  |  Princeton, Indiana 47670
812-779-7165  |  whitledgestumpremoval@gmail.com  |  www.whitledgetreeservice.com

**RECIPIENT:**

**Mary Goad**

201 Petersburg Road
Evansville, Indiana 47711

| Invoice #933 | |
|---|---|
| Issued | Apr 02, 2024 |
| Due | Apr 02, 2024 |
| Paid | May 03, 2024 |
| **Total** | **$12,287.50** |
| Account Balance | $0.00 |

### A00005771856

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open.  It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss.  Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site.  Standard charge is 25% of the total labor and equipment. | 1 | $2,387.50 | $2,387.50 |
| Administration fee | Fee for clerical entries, invoicing,  documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay.  Any balances not collected within 30 days will result in the filing of a lien.  Please accept this as my intent to file a lien.  Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |

\* Non-taxable

A00005771856
Mrs. Goad called about a large Ash Tree that had failed due to the peril of wind and impacted her security fence.  The fence was open and would not allow her children or pets to be contained inside the yard, prompting us to immediately dispatch our crew for immediate service, so the fence could be repaired.
The original contract stipulated that we would have 4 laborers on site, but we actually had a 5th person on site, but chose to absorb this person to reduce cost and be true to the original estimate.

| | |
|---|---|
| **Total** | **$12,287.50** |
| Paid | – $12,287.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

Thank you for your business. Please contact us with any questions regarding this invoice.



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Mike Ellison**

8200 Oak Grove Road
Newburgh, Indiana 47630

| Invoice #1124 | |
|---|---|
| Issued | Aug 08, 2024 |
| Due | Aug 07, 2024 |
| Paid | Aug 26, 2024 |
| **Total** | **$16,600.00** |
| Account Balance | $0.00 |

**01007921846**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $7,200.00 | $7,200.00 |
| SG280 Mechanized Grapple saw | Saw attachment sometimes used in conjunction with the knuckle boom crane. The attachment is utilized to reduce the need for a sawyer in the unstable work environment and mitigate risk to personnel. The saw also reduces the need for a man lift. The combination of the 2, often makes for a reduced cost to the customer by process of elimination, while resulting in a better finished product. | 1 | $800.00 | $800.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 3 | $1,800.00 | $5,400.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $3,937.50 | $3,937.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



\* Non-taxable

On 7/31/24. Mr. Ellison contacted us about a section of Maple tree that had failed due to the peril of wind and impacted the rear slope of his dwelling and broke a sky light.  Upon arrival we confirmed that the limb had broken from approximately 35ft up and was still attached to the tree, but resting on the home.  Mr. Ellison asked that the limbs be removed immediately to allow the skylight to be covered and mitigate further loss from incoming rain forecast
We dispatched our crew for immediate response to remedy the situation and upon completion of our service, the sky light was covered.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $20,037.50 |
| Discount | – $3,437.50 |
| **Total** | **$16,600.00** |
| Paid | – $16,600.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

Page 2 of 2



# Whitledge Tree Service LLC

P.O.Box 1182  |  Princeton, Indiana 47670
812-779-7165  |  whitledgestumpremoval@gmail.com  |  www.whitledgetreeservice.com

**RECIPIENT:**

**Lora Price**

501 South Main Street
Ft branch, Indiana 63301

| Invoice #1031 | |
|---|---|
| Issued | Jun 05, 2024 |
| Due | Jun 04, 2024 |
| Paid | Jul 05, 2024 |
| **Total** | **$15,500.00** |
| Account Balance | $0.00 |

### 1468f834b

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator.  crane is billed on 8hr minimum.  Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss.  Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Ground Protection Mats | Mats are used to protect subterranean items as well as driveways.  The cranes are extremely heavy and it requires reasonable care to prevent further loss, as well as potential damage to our equipment | 15 | $30.00 | $450.00 |
| Haul Debris Emergency rate | Haul debris from site.  Standard charge is 25% of the total labor and equipment. | 1 | $3,537.50 | $3,537.50 |
| Administration fee | Fee for clerical entries, invoicing,  documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien.  Please accept this as my intent to file a lien.  Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| | |
|---|---|
| Subtotal | $18,037.50 |
| Discount | – $2,537.50 |
| **Total** | **$15,500.00** |
| Paid | – $15,500.00 |
| **Invoice balance** | **$0.00** |
| Account balance | $0.00 |

\* Non-taxable

1468f834b
Mrs. Price called about a large maple limb that had failed due to the peril of wind and impacted the rear slope of her dwelling.
It was determined that a 60 ton crane would have to sit in her drive and lift the materials over the high voltage lines in front of the dwelling.  There were also lines on the north side as well.  Mr. Price also indicated a shallow drain line on the north side that limited access to the property and prevented any heavy equipment. Mrs. Price was left with our contract and got pre-approval from her agent or adjuster, before work was performed.

Thank you for your business. Please contact us with any questions regarding this invoice.

PAID



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Ken Wood**

110 Froman Drive
Mount Carmel, Illinois 62863

## Invoice #977

| | |
|---|---|
| Issued | Apr 18, 2024 |
| Due | Apr 17, 2024 |
| Paid | Jun 26, 2024 |
| **Total** | **$15,210.00** |
| Account Balance | $0.00 |

**01007477053**

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| **Apr 18, 2024** | | | | |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. | 1 | $6,500.00 | $6,500.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. | 24 | $225.00 | $5,400.00 |
| Aerial Lift/ Bucket Truck | Lift used to safely lift personnel into the air to allow material to removed from the covered loss. | 1 | $2,500.00 | $2,500.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 25% of the total labor and equipment. | 1 | $3,600.00 | $3,600.00 |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

\* Non-taxable

Customer called about a large tree that had partially failed due to the peril of wind. The tree was impacting several structures on the property, including a privacy fence and a decorative landscaping fence. Further more, the tree had entrapped the Wood's vehicles behind it and they were unable to leave the driveway. Mr. wood asked for immediate service to allow his vehicle to leave and mitigate further loss to the property.
Due to the limited area to set a crane, the radius from the crane to the tree was quite great. At a radius of about 120ft, a 60 ton crane was needed to safely remove the limbs from the tree, that were still attached. Likewise, we needed to utilize a man lift to allow a sawyer to remove the failed limbs and rig the crane.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $18,350.00 |
| Discount | – $3,140.00 |
| **Total** | **$15,210.00** |
| Paid | – $15,210.00 |
| **Invoice balance** | **$0.00** |
| Account balance | $0.00 |

PAID



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Eric Walker**

7228 Division Street
Oakland City, Indiana 47660

| Invoice #370 | |
|---|---|
| Issued | Mar 09, 2023 |
| Due | Mar 09, 2023 |
| Paid | Apr 03, 2023 |
| **Total** | **$16,813.50** |
| Account Balance | $0.00 |

## 135 Ton crane Emergency Rate outside 8hrs or normal 9 to 5

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $8,000.00 | $8,000.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Light Plant | Large generator, light tower used to allow visibility after dark | 1 | $85.00 | $85.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 10% of the total labor and equipment. | 1 | $1,528.50 | $1,528.50 |

2600028759
Emergency removal of tree. Cars were trapped inside garage. The tree had also impacted the septic system and struck the dwelling.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| **Total** | **$16,813.50** |
| Paid | – $16,813.50 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Brandon Karnes**

101 South West Street
Fort Branch, Indiana 47648

| Invoice #1020 | |
|---|---|
| Issued | May 30, 2024 |
| Due | May 29, 2024 |
| Paid | Jun 26, 2024 |
| **Total** | **$18,500.00** |
| Account Balance | $0.00 |

### 016521600

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 60 Ton Crane Emergency Rate | 60 Ton Crane used to lift Trees off covered loss. Price includes a licensed operator. crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $6,500.00 | $6,500.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open. It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Aerial Lift/ Bucket Truck Emergency Rate | Lift used to safely lift personnel into the air to allow material to removed from the covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $2,500.00 | $2,500.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site. Standard charge is 10% of the total labor and equipment. | 1 | $4,637.50 | $4,637.50 |
| Administration fee | Fee for clerical entries, invoicing, documentation, and collections | 1 | $350.00 | $350.00* |
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

\* Non-taxable

Claim # 016-521-600
At the time of this invoice, we do not have an email for claims  The customer can contact us to add it or forward as their option.
Mr. Karnes contacted us about a large section of Maple that had failed due to the peril of wind.  The tree was resting on the front slope of the dwelling and was continuing to settle under its own weight.  A second part of the tree was completely covering the sidewalk and creating safety hazards for the neighborhood children that were observed passing by, as well as reducing the ability for emergency vehicles to access the dwelling.
We utilized our 60 ton crane to carefully hoist over 10,000 pounds of material from the dwelling alone.  The material had to be lifted as 1 piece to mitigate further loss, as it was unbalanced and could have rolled, causing a 2nd impact.  Once removed, there was a roofing company on site to further inspect and complete a dry in of the dwelling.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $23,537.50 |
| Discount | – $5,037.50 |
| **Total** | **$18,500.00** |
| Paid | – $18,500.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |

PAID

Page 2 of 2



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

**RECIPIENT:**

**Alec Norman**

6636 Kratzville Road
Evansville, Indiana 47710

| Invoice #1065 | |
|---|---|
| Issued | Jun 26, 2024 |
| Due | Jun 25, 2024 |
| Paid | Aug 13, 2024 |
| **Total** | **$18,900.00** |
| Account Balance | $0.00 |

## 1469T831L

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| 135 Ton crane Emergency Rate | 135 ton knuckle boom crane with grapple. Used to work in tight areas and help reduce the need for a sawyer to be inside a dangerous area during removal.  Price includes a licensed operator.  crane is billed on 8hr minimum. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 1 | $7,200.00 | $7,200.00 |
| SG280 Mechanized Grapple saw | Saw attachment sometimes used in conjunction with the knuckle boom crane.  The attachment is utilized to reduce the need for a sawyer in the unstable work environment and mitigate risk to personnel.  The saw also reduces the need for a man lift.  The combination of the 2, often makes for a reduced cost to the customer by process of elimination, while resulting in a better finished product. | 1 | $800.00 | $800.00 |
| Skid Steer Emergency Rate | Skid Steer is used to keep work area safe and open.  It moves heavy material from covered loss to the curb. | 1 | $2,350.00 | $2,350.00 |
| Labor Emergency Rate | Hourly labor charge to remove tree from covered loss. Any work outside 8 hours or the hours of 9am to 5pm will be charged at 1.5 the normal hourly rate, for the actual hours worked. | 4 | $1,800.00 | $7,200.00 |
| Haul Debris Emergency rate | Haul debris from site.  Standard charge is 25% of the total labor and equipment. | 1 | $4,387.50 | $4,387.50 |
| Administration fee | Fee for clerical entries, invoicing,  documentation, and collections | 1 | $350.00 | $350.00* |



# Whitledge Tree Service LLC

P.O.Box 1182 | Princeton, Indiana 47670
812-779-7165 | whitledgestumpremoval@gmail.com | www.whitledgetreeservice.com

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Disclosure | Please See the attached assignment of benefits as well as the signed direction to pay. Any balances not collected within 30 days will result in the filing of a lien. Please accept this as my intent to file a lien. Any balances remaining after 30 days will result in late fees and collection fees, as allowed in the contract. | 1 | $0.00 | $0.00 |



\* Non-taxable

1469t831l
Customer called about a large tree that had failed from the peril of wind and was impacting his dwelling.   He was requesting immediate service to allow his roof to be tarped and mitigate further loss from the incoming weather.
We pulled off our already scheduled work day to begin the mitigation process and worked after hours to complete.
Please see attached pictures of significant damage to the slope and elevation of the dwelling.

Thank you for your business. Please contact us with any questions regarding this invoice.

| | |
|---|---|
| Subtotal | $22,287.50 |
| Discount | – $3,387.50 |
| **Total** | **$18,900.00** |
| Paid | – $18,900.00 |
| **Invoice balance** | **$0.00** |
| Account balance | **$0.00** |