UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| WHITLEDGE TREE SERVICE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00031-CSW-RLY |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANT'S MOTION TO EXTEND DEADLINES**

Now before the Court is Defendants' *Motion to Extend Expert Disclosure and Related Deadlines*, filed on April 14, 2026. (Dkt. 71). Defendants report that they contacted Plaintiff's counsel on April 13, 2026 regarding said *Motion* but did not receive a response as of the time of filing. Plaintiff also did not file any response by the deadline.

The Court, being duly advised, **GRANTS** the *Motion*. The case management deadlines are amended as follows:

- Defendants' expert disclosure deadline is extended to **May 14, 2026.**
- The expert witness and damages discovery deadline is extended to **June 5, 2026.**
- The final witness and exhibit list deadline is extended to **July 6, 2026.**

All other deadlines set forth in the Case Management Plan (Dkt. 18) remain in effect.

**SO ORDERED.**

**Date:** May 4, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.